1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARMANDO HERRERA,                          No. 2:17-cv-1278 KJN P

12                    Plaintiff,

13        v.                                   ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14   BLANDION,

15                    Defendant.

16

17        By an order filed June 29, 2017, plaintiff was ordered to file a completed in forma

18   pauperis affidavit or pay the required filing fee within thirty days, and was cautioned that failure

19   to do so would result in a recommendation that this action be dismissed.  The thirty day period

20   has now expired, and plaintiff has not paid the filing fee or filed an in forma pauperis application,

21   or otherwise responded to the court's order.

22        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

23   directed to assign a district judge to this case; and

24        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

2  objections shall be filed and served within fourteen days after service of the objections.  The

3  parties are advised that failure to file objections within the specified time may waive the right to

4  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  August 10, 2017

6

7  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

   /herr1278.fifp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28