UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:17-cv-1278 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BLANDION, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: September 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/herr1278.59

1